UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2018
```

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :      ORDER

      -v.-                    :      S1 16 Cr. 644 (KBF)

FILIPPO MAGNI and               :
GIACOMO MANCI,
             Defendants.   :

- - - - - - - - - - - - - - - - - -x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Noah Falk;

      It is found that Indictment S1 16 Cr. 644 in the above-captioned action is currently sealed, and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore,

      ORDERED that the Indictment S1 16 Cr. 644 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
       June 15, 2018

                          _____
                          HONORABLE KATHERINE B. FORREST
                          UNITED STATES DISTRIC JUDGE
                          SOUTHERN DISTRICT OF NEW YORK